DAVID L. SKELTON   #96250
CHAPTER 13 TRUSTEE
600 B STREET, SUITE 2000
SAN DIEGO, CA 92101-4507

FILED LA

01 DEC 11 AM 11:20

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT
Southern District of California

Rct 157897

IN RE                                            ) CASE NO. 9807584-H13
                                                 )
    GERARDO ZAZUETA & TERESA PEREZ VALDEZ         ) UNDISTRIBUTED FUNDS
    484 BONITO AVENUE                             )
    IMPERIAL BEACH CA                             )
                    91932                         )
                                                 )

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: ABOUT TO COMPLETE

EXPLANATION OF SOURCES:
    CREDIOTR UNABLE TO LOCATE/UNDELIVERABLE

NAME OF PAYEE ON UNCLAIMED CHECK:                AMOUNT:

    GE CAPITAL CONSUMER CARD CO                  255.69
    PO BOX 8434
    MASON OH
                    45040-5434

I hereby certify under penalty of perjury that if valid addresses were avaliable, a true copy of this was served on the Debtor(s), his attorney of record, and Payee at the addresses as they appear herein.

SERVED:   [ ✓ ] DEBTOR(S)   [ ✓ ] ATTORNEY   [ ✓ ] PAYEE

DATED: December 6, 2001

_____ PATRICIA MORGAN
Clerk for the office of
DAVID L. SKELTON, CHAPTER 13 TRUSTEE

JON C THORNBURG #167579
231 FOURTH AVENUE
CHULA VISTA CA
                91910